FILED BY ___YR___ D.C.
Case 1:20-tp-20066-JEM
Oct 6, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Case 8:09-cr-00149-JSM-TBM Document 64 Filed 10/06/20 Page 1 of 1 PageID 423
Case 8:09-cr-00149-JSM-TBM Document 63 (Court only) Filed 09/15/20 Page 1 of 1 PageID 422

(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 8:09-cr-149-T-30TBM |
| DOCKET NUMBER *(Rec. Court)* | 20-TP-20066-MARTINEZ |

| NAME AND ADDRESS OF /SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Fabio Enrique Ochoa-Vasco | Middle District of Florida | Tampa |

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| The Honorable James S. Moody, Jr. | | |
| DATES OF SUPERVISED RELEASE: | FROM 06/09/2020 | TO 06/08/2025 |

**OFFENSE**

Count Three: Conspiracy to Import 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana into the United States, 21 U.S.C §§ 952(a) and 963

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __FLORIDA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Southern District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 15, 2020
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT OF __FLORIDA__

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5 Oct 2020
Effective Date

*[signature]*
United States District Judge

AO 245B (Rev 06/05) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

**THIRD AMENDED JUDGMENT IN A CRIMINAL CASE**

CASE NUMBERS: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM

USM NUMBER: 06677-004 and 55788-279

vs.

FABIO ENRIQUE OCHOA-VASCO

Defendant's Attorney: Roy J. Kahn, ret.

THE DEFENDANT:

__X__ pleaded guilty to Count ONE of the Indictment in Case No.: 8:04-cr-374-T-30AEP, Count ONE of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and Count THREE of the Indictment in Case No.: 8:09-cr-149-T-30TBM

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii) | Conspiracy to Import 5 Kilograms or More of Cocaine | September 9, 2004 | One (Case No.: 8:04-cr-374-T-30AEP) |
| 21 U.S.C. §§ 952 and 963 | Conspiracy to Import Cocaine into the United States | July 1986 | One (Case No.: 8:09-cr-83-T-30MAP) |
| 21 U.S.C. §§ 952(a) and 963 | Conspiracy to Import 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana into the United States | October 21, 1987 | Three (Case No.: 8:09-cr-149-T-30TBM) |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ Counts TWO and THREE of the Indictment in Case No.: 8:04-cr-374-T-30AEP, Counts TWO through NINETEEN of the Superseding Indictment and the underlying Indictment in Case No.: 8:09-cr-83-T-30MAP, and Count TWELVE of the Indictment in Case No.: 8:09-cr-149-T-30TBM are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.
If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: June 2, 2010

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: June 25, 2020

AO 245B (Rev 06/05) Sheet 2 - Imprisonment (Judgment in a Criminal Case)

| | |
|---|---|
| Defendant: FABIO ENRIQUE OCHOA-VASCO | Judgment - Page 2 of 6 |
| Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM | |

## IMPRISONMENT

After considering the advisory sentencing guidelines and all of the factors identified in Title 18 U.S.C. §§ 3553(a)(1)-(7), the court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED and EIGHT (108) MONTHS. This term consists of terms of 108 MONTHS as to Count One of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and 108 MONTHS each as to Count Three of the Indictment in Case No.: 8:09-cr-149-T-30TBM and Count One of the Indictment in Case No.: 8:04-cr-374-T-30AEP, all such terms to run concurrently.

__X__ The court makes the following recommendations to the Bureau of Prisons: The defendant shall be placed in a correctional facility located in the state of Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.
____ The defendant shall surrender to the United States Marshal for this district.

    ____ at ____ a.m./p.m. on ____.
    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on ____.
    ____ as notified by the United States Marshal.
    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to
_____ at _____
_____, with a certified copy of this judgment.

                                                        _____
                                                        United States Marshal

                                                        By:_____

_____
United States Marshal                                                          Deputy

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release (Judgment in a Criminal Case)

| | |
|---|---|
| Defendant: FABIO ENRIQUE OCHOA-VASCO | Judgment - Page __3__ of __6__ |
| Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 YEARS (total). This term consists of a TWO (2) YEAR term as to Count One of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and FIVE (5) YEARS each as to Count Three of the Indictment in Case No.:8:09-cr-149-T-30TBM and Count One of the Indictment in Case No.: 8:04-cr-374-T-30AEP, all such terms to run concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

__X__    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 2:09-cr-00149-JSM-TBM Document 60 Filed 06/26/20 Page 4 of 9 PageID 346
Case 1:20-tp-20066-JEM Document 1 Entered on FLSD Docket 10/06/2020 Page 5 of 18
AO 245B (Rev. 06/05) Sheet 3C - Supervised Release (Judgment in a Criminal Case)

Defendant: FABIO ENRIQUE OCHOA-VASCO  
Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM  
Judgment - Page __4__ of __6__

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

__X__  The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

__X__  Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

__X__  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

__X__  The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. The Court orders random drug testing not to exceed 104 tests per year.

AO 245B (Rev 06/05) Sheet 5 - Criminal Monetary Penalties (Judgment in a Criminal Case)

| | | |
|---|---|---|
| Defendant: | FABIO ENRIQUE OCHOA-VASCO | Judgment - Page  5  of  6  |
| Case No.: | 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

**Assessment**                                                                                                         **Fine**

**Totals:** $200.00 ($100 as to 04-cr-374; $50 each as to 09-cr-83 and 09-cr-149)     $25,000 (as to 04-cr-374)

____ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

____ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Totals: | $ | $ | |

__ Restitution amount ordered pursuant to plea agreement    $ _____.

__ The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

__ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    __ the interest requirement is waived for the fine restitution.

    __ the interest requirement for the fine restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 2:09-cr-00149-JSM-TBM Document 60 Filed 06/26/20 Page 6 of 6 PageID 348
Case 1:20-mj-20066-JEM Document 1 Entered on FLSD Docket 10/06/2020 Page 7 of 18
AO 245B (Rev 06/05) Sheet 6 - Schedule of Payments (Judgment in a Criminal Case)

Defendant: FABIO ENRIQUE OCHOA-VASCO  Judgment - Page  6  of  6
Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __X__ Lump sum payment of $ 25,200 (Fine - $25,000 as to 04-cr-374; Special Assessment - 200.00 ($100 as to 04-cr-374; $50 each as to 09-cr-83 and 09-cr-149)  due immediately, balance due

   _____ not later than _____, or

   _____ in accordance  ____ C,  ____ D,  ____ E or ____ F below; or

B. _____ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. _____ Payment in equal (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. _____ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. _____ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. _____ Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

__ Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:


__ The defendant shall pay the cost of prosecution.

__ The defendant shall pay the following court cost(s):

_X_ The defendant shall forfeit the defendant's interest in the following property to the United States:

   Attached is Order Vacating Final Judgment of Forfeiture as to Certain Real Property and for Final Judgment of Forfeiture for $78,500.00 in lieu of Real Property entered at Dkt. 509 in Case No.: 8:04-cr-374-T-30AEP.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-374-T-30AEP

FABIO ENRIQUE OCHOA-VASCO

### ORDER VACATING FINAL JUDGMENT OF FORFEITURE AS TO CERTAIN REAL PROPERTY AND FOR FINAL JUDGMENT OF FORFEITURE FOR $7,500.00 IN LIEU OF REAL PROPERTY

THIS CAUSE comes before the Court upon the filing of the Motion by the United States of America to vacate the Final Judgment of Forfeiture (Doc. 508) for the following real property:

> The real property, including all improvements thereon and appurtenances thereto, located at 10340 S.W. 154th Place, # 41, Miami, Florida, and titled to ANASTASHA OCHOA, with an approximate value of $130,000.00, which is legally described as follows:
>
> Unit No. 41, in Building 7, of the CHATEAUBLEU AT THE HAMMOCKS, PHASE I, a Condominium according to the Declaration thereof, as recorded in Official Records Book 12640, Page 1895, as amended, of the Public Records of Miami-Dade County, Florida.

The United States further moved the Court, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), to enter a Final Judgment of Forfeiture for $7,500.00 in lieu of the real property identified above, representing the defendant's equity in the property.

Being fully advised in the premises, the Court finds that on April 9, 2012, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), a Final Judgment of Forfeiture for Specific Property was entered, which included the real property identified above. Doc. 485.

The Court further finds that after the Final Judgment of Forfeiture was entered, the United States learned of Northstar Mortgage Investments, Inc. (Northstar), a lienholder which was without knowledge of the United States' interest in the property at the time it secured a mortgage.

The Court further finds that the United States is satisfied that Northstar is a bona fide purchaser for value and was, at the time of the loan transaction, without knowledge, consent, or willful blindness of any criminal activity regarding the property. As such, the United States accepted $7,500.00 from Northstar in lieu of the defendant's interest in the real property. The $7,500.00 represents the defendant's equity in the property. Therefore, the United States no longer has any right, title or interest in the real property. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 508) is GRANTED.

It is FURTHER ORDERED that the Final Judgment of Forfeiture for Specific Property entered by this Court on April 9, 2012, is vacated as to the real property identified above. The remainder of the Final Judgment of Forfeiture for Specific Property shall remain in full force and effect.

2

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title and interest in $7,500.00 in lieu of the real property, identified above, is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the $7,500.00 is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Parties/Counsel of Record

S:\Even\2004\04-cr-374.Order Vacating508.wpd

3

CLOSED, PROB/SR TRAN

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:09-cr-00149-JSM-TBM-1

Case title: USA v. Ochoa
Other court case number: 1:90-cr-00875-JEM Southern District of Florida, Miami Division

Date Filed: 03/13/2009
Date Terminated: 06/02/2010

Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Thomas B. McCoun III

**Defendant (1)**

**Fabio Ochoa**
*TERMINATED: 06/02/2010*

represented by **Rosemary Cakmis**
Federal Public Defender's Office
Ste 300
201 S Orange Ave
Orlando, FL 32801-3417
407/648-6338
Fax: 407/648-6095
Email: rosemary_cakmis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Roy J. Kahn**
Roy J. Kahn, P.A.
800 Brickell Ave, Ste. 1400
Miami, FL 33131
305/358-7400
Fax: 305-358-7222
Email: rjk@roykahnlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Adam Labonte**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602-4726
813/228-2715
Fax: 813/228-2562
Email: Adam_Labonte@fd.org
*ATTORNEY TO BE NOTICED*

*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:952=NI.F NARCOTICS - IMPORT (3) | Imprisonment: 210 months (concurrently with imprisonment terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Supervised Release: 60 months (concurrently with supervised release terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Fine: Waived; Special Assessment: $50; Release: 60 months; Fine: $25,000; Special Assessment: $100; AMENDED to reflect reduction of imprisonment term to 168 months; no other changes made.(02/28/2013)(JSM) SECOND AMENDED to correct scrivener's error only. THIRD AMENDED to reflect reduction of imprisonment term to 108 months; no other changes made.(6/26/20)(JSM) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (12) | Dismissed on government's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Joseph K. Ruddy** U.S. Attorney's Office Middle District of Florida 400 N. Tampa St., Suite 3200 Tampa, FL 33602 813/274-6000 |

Fax: 813/274-6125
Email: joseph.ruddy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Hart Perry**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Fax: 813/274-6200
Email: matthew.perry@usdoj.gov
*TERMINATED: 06/04/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anita M. Cream**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Email: anita.cream@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Shauna S. Hale**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813/274-6000
Fax: 813/274-6125
Email: shauna.hale@usdoj.gov
*TERMINATED: 06/04/2020*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2009 | 1 | CONSENT TO TRANSFER (Rule 20) from Southern District of Florida, Miami Division by Fabio Ochoa. (Attachments: # 1 Exhibit paper docket, # 2 Exhibit indictment, # 3 Exhibit certificate of trial attorney)(PAM) (Exhibit 2 Indictment missing page 27: See doc. 3) Modified on 3/26/2009 to edit text (PAM). (Entered: 03/17/2009) |
| 03/25/2009 | 2 | NOTICE of attorney appearance Matthew Hart Perry appearing for USA. (Perry, Matthew) (Entered: 03/25/2009) |
| 03/26/2009 | 3 | Corrected Indictment re 1 Rule 20 - transfer in as to Fabio Ochoa (PAM) (Entered: 03/26/2009) |

| | | | |
|---|---|---|---|
| 03/27/2009 | [4](#) | | MOTION to consolidate cases *and Notice of Pendency of Other Actions* by USA as to Fabio Ochoa. (Perry, Matthew) (Entered: 03/27/2009) |
| 03/30/2009 | [5](#) | | ORDER OF RECUSAL in case as to Fabio Ochoa. Signed by Magistrate Judge James R. Klindt on 3/30/2009. (KAW) (Entered: 03/30/2009) |
| 03/30/2009 | 6 | | Case as to Fabio Ochoa Reassigned to Magistrate Judge Howard T. Snyder. New case number: 3:09-cr-77-J-25HTS. Magistrate Judge James R. Klindt no longer assigned to the case. (PAM) (Entered: 03/31/2009) |
| 04/06/2009 | [7](#) | | ORDER transferring case to the Honorable James S. Moody, Jr., with his consent, for all further proceedings pursuant to Local Rule 1.04(b). Signed by Judge Henry Lee Adams, Jr. on 4/6/2009. (MO) (Entered: 04/06/2009) |
| 04/07/2009 | 8 | | Intradistrict transfer from of case as to Fabio Ochoa. Transferred from Jacksonville Division - Case Number 3:09-cr-77-J-25HTS. (BES) (Entered: 04/07/2009) |
| 04/21/2009 | 9 | | ENDORSED ORDER granting as moot [4](#) Motion to consolidate cases as to Fabio Ochoa (1). The case has been transferred from Judge Adams to Judge Moody. Signed by Judge James S. Moody, Jr. on 4/21/2009. (SMB) (Entered: 04/21/2009) |
| 04/22/2009 | [10](#) | | NOTICE of attorney appearance Anita M. Cream appearing for USA. *In Regard to Forfeiture Proceedings* (Cream, Anita) (Entered: 04/22/2009) |
| 04/30/2009 | [11](#) | | NOTICE of attorney appearance: Roy J. Kahn appearing for Fabio Ochoa (Kahn, Roy) (Entered: 04/30/2009) |
| 05/01/2009 | 12 | | NOTICE OF HEARING as to Fabio Ochoa: Initial Appearance and Arraignment set for 5/19/2009 at 11:15 AM in Tampa Courtroom 12 B before Magistrate Judge Thomas B. McCoun III. (SRC) (Entered: 05/01/2009) |
| 05/19/2009 | [13](#) | | Minute Entry for proceedings held before Magistrate Judge Thomas B. McCoun III: INITIAL appearance, ARRAIGNMENT as to Fabio Ochoa (1) Count 3,12 held on 5/19/2009. Defendant(s) pled not guilty. and RULE 44(c) hearing as to Fabio Ochoa held on 5/19/2009. (DIGITAL) (SRC) (Entered: 05/20/2009) |
| 05/19/2009 | [14](#) | | WAIVER of conflict of interest as to Fabio Ochoa. (SRC) (Entered: 05/20/2009) |
| 05/20/2009 | [15](#) | | PRETRIAL discovery order and notice as to Fabio Ochoa: Jury Trial set for term commencing 7/6/2009 at 09:00 AM in Tampa Courtroom 13 A before Judge James S. Moody Jr.; Status Conference set for 6/4/2009 at 08:30 AM in Tampa Courtroom 13 A before Judge James S. Moody Jr. Signed by Magistrate Judge Thomas B. McCoun III on 5/20/2009. (SRC) (Entered: 05/20/2009) |
| 06/04/2009 | [16](#) | | Minute Entry for proceedings held before Judge James S. Moody, Jr.: STATUS CONFERENCE as to Fabio Ochoa held on 6/4/2009. The Court continues the case to the SEPTEMBER trial calendar. A STATUS CONFERENCE is set for Thursday, AUGUST 13, 2009, at 8:30 a.m. Court Reporter: Sherrill L. Jackson (SMB) (Entered: 06/04/2009) |
| 06/04/2009 | 17 | | NOTICE OF HEARING as to Fabio Ochoa: The case is placed on the SEPTEMBER trial calendar. A STATUS CONFERENCE is set for THURSDAY, AUGUST 13, 2009, at 8:30 a.m. in Tampa Courtroom 13A before Judge James S. Moody Jr. (SMB) (Entered: 06/04/2009) |

| | | | |
|---|---|---|---|
| 08/12/2009 | 18 | | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Fabio Ochoa (Perry, Matthew) (Entered: 08/12/2009) |
| 08/13/2009 | 19 | | Minute Entry for proceedings held before Judge James S. Moody, Jr.: STATUS CONFERENCE as to Fabio Ochoa held on 8/13/2009. The Court continues the case(s) to the OCTOBER trial calendar. A status conference is set for THURSDAY, SEPTEMBER 3, 2009, at 8:30 A.M. Court Reporter: Sherrill L. Jackson (SMB) (Entered: 08/13/2009) |
| 08/13/2009 | 20 | | NOTICE OF HEARING as to Fabio Ochoa: The case is placed on the OCTOBER TRIAL CALENDAR. A STATUS CONFERENCE is set for 9/3/2009 at 8:30 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. (SMB) (Entered: 08/13/2009) |
| 08/19/2009 | 21 | | NOTICE OF HEARING as to Fabio Ochoa: Change of Plea Hearing set for 9/9/2009 at 02:00 PM in Tampa Courtroom 12 B before Magistrate Judge Thomas B. McCoun III. (SRC) (Entered: 08/19/2009) |
| 08/27/2009 | 22 | | NOTICE canceling status conference hearing scheduled for 9/3/2009 as to Fabio Ochoa. The case will remain on the OCTOBER trial calendar until the defendant enters his plea before the magistrate judge. (SMB) (Entered: 08/27/2009) |
| 09/09/2009 | 23 | | Minute Entry for proceedings held before Magistrate Judge Thomas B. McCoun III: CHANGE of plea hearing as to Fabio Ochoa held on 9/9/2009. Court Reporter: Bill Jones (SRC) (Entered: 09/11/2009) |
| 09/09/2009 | 24 | | CONSENT regarding entry of a plea of guilty as to Fabio Ochoa (SRC) (Entered: 09/11/2009) |
| 09/09/2009 | 25 | | REPORT AND RECOMMENDATION concerning plea of guilty re: count(s) Three of the Indictment as to Fabio Ochoa. Signed by Magistrate Judge Thomas B. McCoun III on 9/9/2009. (SRC) (Entered: 09/11/2009) |
| 09/25/2009 | 26 | | ACCEPTANCE OF PLEA of guilty and adjudication of guilt Re: Count Three of the Indictment as to Fabio Ochoa. Signed by Judge James S. Moody, Jr. Sentencing set for WEDNESDAY, 12/16/2009 at 1:30 PM in Tampa Courtroom 13A before Judge James S. Moody Jr. (Defendant is detained.) (LN) (Entered: 09/25/2009) |
| 12/03/2009 | 27 | | Unopposed MOTION to continue *Sentencing Hearing* by Fabio Ochoa. (Kahn, Roy) (Entered: 12/03/2009) |
| 12/04/2009 | 28 | | ENDORSED ORDER granting 27 Defendant's Motion to continue sentencing on 12-16-09 as to Fabio Ochoa (1). Signed by Judge James S. Moody, Jr on 12/4/2009. (LN) (Entered: 12/04/2009) |
| 12/04/2009 | 29 | | AMENDED NOTICE OF HEARING as to Fabio Ochoa. Sentencing reset for WEDNESDAY, 1/20/2010 at 1:30 PM in Tampa Courtroom 13A before Judge James S. Moody Jr. (Defendant is detained.) (LN) (Entered: 12/04/2009) |
| 01/05/2010 | 30 | | MOTION to continue *Sentencing Hearing* by Fabio Ochoa. (Kahn, Roy) (Entered: 01/05/2010) |
| 01/06/2010 | 31 | | ENDORSED ORDER granting 30 Defendant's Motion to continue sentencing on 1-20-10 as to Fabio Ochoa (1). Signed by Judge James S. Moody, Jr on 1/6/2010. (LN) (Entered: 01/06/2010) |

| Date | # | Docket Text |
|---|---|---|
| 01/06/2010 | 32 | AMENDED NOTICE OF HEARING as to Fabio Ochoa. Sentencing reset for WEDNESDAY, 2/24/2010 at 1:30 PM in Tampa Courtroom 13A before Judge James S. Moody Jr. (Defendant is detained.) (LN) (Entered: 01/06/2010) |
| 02/02/2010 | 33 | MOTION to continue *sentencing hearing* by Fabio Ochoa. (Kahn, Roy) (Entered: 02/02/2010) |
| 02/04/2010 | 34 | ENDORSED ORDER granting 33 Defendant's Motion to continue sentencing on 2-24-10 as to Fabio Ochoa (1). Signed by Judge James S. Moody, Jr on 2/4/2010. (LN) (Entered: 02/04/2010) |
| 02/04/2010 | 35 | AMENDED NOTICE OF HEARING as to Fabio Ochoa. Sentencing reset for WEDNESDAY, 4/28/2010 at 9:15 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. (Defendant is detained.) Time reserved: 30 minutes. (LN) (Entered: 02/04/2010) |
| 04/20/2010 | 36 | Unopposed MOTION to continue *Sentencing* by USA as to Fabio Ochoa. (Perry, Matthew) (Entered: 04/20/2010) |
| 04/21/2010 | 37 | ENDORSED ORDER granting 36 Motion to continue sentencing on 4-28-10 as to Fabio Ochoa (1). Signed by Judge James S. Moody, Jr on 4/21/2010. (LN) (Entered: 04/21/2010) |
| 04/21/2010 | 38 | AMENDED NOTICE OF HEARING as to Fabio Ochoa. Sentencing reset for THURSDAY, 5/27/2010 at 11:00 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. Time reserved: One hour. (Defendant is detained.) (LN) (Entered: 04/21/2010) |
| 05/18/2010 | 39 | MOTION to continue *Sentencing* by USA as to Fabio Ochoa. (Perry, Matthew) (Entered: 05/18/2010) |
| 05/19/2010 | 40 | ENDORSED ORDER granting 39 USA's Motion to continue sentencing on 5-27-10 as to Fabio Ochoa (1). Signed by Judge James S. Moody, Jr on 5/19/2010. (LN) (Entered: 05/19/2010) |
| 05/20/2010 | 41 | AMENDED NOTICE OF HEARING as to Fabio Ochoa. Sentencing reset for WEDNESDAY, 6/2/2010 at 10:00 AM in Tampa Courtroom 13A before Judge James S. Moody Jr. Time reserved: One hour. (Defendant is detained.) (LN) (Entered: 05/20/2010) |
| 06/02/2010 | 42 | Minute Entry for proceedings held before Judge James S. Moody, Jr.: SENTENCING held on 6/2/2010 for Fabio Ochoa, Count 3, Imprisonment: 210 months (concurrently with imprisonment terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Supervised Release: 60 months (concurrently with supervised release terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Fine: Waived; Special Assessment: $50. Count 12 is dismissed on government's motion Court Reporter: Sherrill L. Jackson (SMB) (Entered: 06/02/2010) |
| 06/03/2010 | 43 | JUDGMENT as to Fabio Ochoa (1), Count 3, Imprisonment: 210 months (concurrently with imprisonment terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Supervised Release: 60 months (concurrently with supervised release terms imposed in Cases 8:04-cr-374-T-30AEP and 8:09-cr-83-T-30MAP); Fine: Waived; Special Assessment: $50. Count 12 is dismissed on government's motion. Signed by Judge James S. Moody, Jr. on 6/2/2010. (SMB) (Entered: 06/03/2010) |

| | | |
|---|---|---|
| 03/01/2012 | 44 | TRANSCRIPT of Sentencing Hearing as to Fabio Ochoa held on 6/2/10 before Judge James S. Moody, Jr.; Court Reporter Sherrill L. Jackson, RPR, FPR, Telephone number 813/301-5041. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/22/2012, Redacted Transcript Deadline set for 4/2/2012, Release of Transcript Restriction set for 5/30/2012. (SJ) (Entered: 03/01/2012) |
| 03/01/2012 | 45 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Fabio Ochoa. Court Reporter: Sherrill L. Jackson (SJ) (Entered: 03/01/2012) |
| 10/22/2012 | 46 | AMENDED JUDGMENT as to Fabio Ochoa (1), AMENDED to reflect reduction of imprisonment term to 168 months; no other changes made. Signed by Judge James S. Moody, Jr. on 10/22/2012. (SMB) (Entered: 10/22/2012) |
| 02/07/2013 | 47 | MOTION to Reduce Sentence by USA as to Fabio Ochoa. (Hale, Shauna) (Entered: 02/07/2013) |
| 02/22/2013 | 48 | ENDORSED ORDER denying as moot 47 Motion to Reduce Sentence as to Fabio Ochoa (1). On 10/22/12, the Court granted the Government's Rule 35 motion for downward departure in the related case, 8:04-cr-374-T-30AEP and reduced the Defendant's term of imprisonment to 168 months in each of Case Nos.; 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM with all terms running concurrently. Signed by Judge James S. Moody, Jr. on 2/22/2013. (SMB) (Entered: 02/22/2013) |
| 02/28/2013 | 49 | SECOND AMENDED JUDGMENT as to Fabio Ochoa (1), AMENDED to correct scrivener's error only. Signed by Judge James S. Moody, Jr. on 2/28/2013. (SMB) (Entered: 02/28/2013) |
| 01/11/2017 | 51 | **ENDORSED ORDER appointing the Federal Public Defender for Amendment 782 proceedings as to Fabio Ochoa. Signed by Magistrate Judge Thomas B. McCoun III on 1/11/2017. (LYB)** (Entered: 01/11/2017) |
| 12/27/2018 | 52 | NOTICE OF ATTORNEY APPEARANCE: Adam Labonte appearing for Fabio Ochoa *re: Amendment 782* (Labonte, Adam) (Entered: 12/27/2018) |
| 12/27/2018 | 53 | NOTICE *that the Federal Defender's Office has satisfied the requirements imposed by the Amendment 782 Omnibus Order* by Fabio Ochoa re 51 Order Appointing the Federal Public Defender for Amendment 782 proceedings. (Labonte, Adam) (Entered: 12/27/2018) |
| 06/02/2020 | 54 | Emergency MOTION for Miscellaneous Relief, specifically For Compassionate Release and/or Modification of Sentence to Home Confinement by Fabio Ochoa. (Kahn, Roy) (Entered: 06/02/2020) |
| 06/03/2020 | 55 | **ENDORSED ORDER directing the Government to respond within twenty-one (21) days to 54 Emergency MOTION for Miscellaneous Relief, specifically For Compassionate Release and/or Modification of Sentence to Home Confinement as** |

| | | |
|---|---|---|
| | | to Fabio Ochoa, as well as the similar motions filed in Defendant Ochoa-Vasco's three related cases: 8:04-cr-374-T-30AEP; 8:09-cr-83-T-30MAP; and 8:09-cr-527-T-30TGW. Signed by Judge James S. Moody, Jr. on 6/3/2020. (KAC) (Entered: 06/03/2020) |
| 06/03/2020 | 56 | Notice of substitution of AUSA. Joseph K. Ruddy substituting for Matthew H. Perry and Shauna S. Hale. (Ruddy, Joseph) (Entered: 06/03/2020) |
| 06/18/2020 | 57 | MOTION for downward departure by USA as to Fabio Ochoa. (Ruddy, Joseph) (Entered: 06/18/2020) |
| 06/19/2020 | 58 | RESPONSE to Motion re 57 MOTION for downward departure by Fabio Ochoa. (Kahn, Roy) (Entered: 06/19/2020) |
| 06/26/2020 | 59 | **ORDER as to Fabio Enrique Ochoa-Vasco (1): The United States' Motion for Downward Departure of Defendant's Sentence Based Upon Substantial Assistance Pursuant to Rule 35 of the F.R.C.P. (Doc. No. 57) is GRANTED. The Court departs two-levels. Defendant's amended term of imprisonment shall be one hundred and eight (108) months. An amended judgment will be entered separately from this order. Defendant's Emergency Motion for Compassionate Release and/or Modification of Sentence (Doc. No. 54) is denied as moot. Signed by Judge James S. Moody, Jr. on 6/26/2020. (SMB)** (Entered: 06/26/2020) |
| 06/26/2020 | 60 | **THIRD AMENDED JUDGMENT as to Fabio Enrique Ochoa-Vasco (1), AMENDED to reflect reduction of imprisonment term to 108 months; no other changes made. Signed by Judge James S. Moody, Jr. on 6/26/2020. (SMB)** (Entered: 06/26/2020) |
| 09/16/2020 | | NOTICE to Southern District of Florida of a Transfer of Jurisdiction Prob-22 as to Fabio Ochoa. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (BSN) (Entered: 09/16/2020) |
| 10/06/2020 | 64 | Probation Jurisdiction Transferred to Southern District of Florida as to Fabio Ochoa. (BSN) (Entered: 10/06/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/06/2020 13:16:16 | | | |
| **PACER Login:** | jamjam6706:5889255:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:09-cr-00149-JSM-TBM |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**